[No. 24064–1–I. Division One. May 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD A. JOLLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03665–5, George T. Mattson, J., entered May 11, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23737–3–I. Division One. May 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIO LOPEZ AGUILAR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–8–06479–4, Carmen Otero, J., entered February 17, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23588–5–I. Division One. May 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. KYLE SCHARNHORST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03388–7, Jim Bates, J., entered January 4, 1989. *Dismissed* by unpublished per curiam opinion.